| Ex Parte | 2010 TSPR 176 |
|---|---|
| Carlos M. Portalatín Vázquez | 179 DPR ____ |

Número del Caso: TS-3418

Fecha: 13 de agosto de 2010

Abogado de la Parte Peticionaria:

Por derecho propio

Materia: Baja voluntaria al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

3418

Carlos M. Portalatín Vázquez

Sala de Verano integrada por la Jueza Asociada señora Fiol Matta, como su Presidenta, la Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Martínez Torres.

RESOLUCIÓN

San Juan, Puerto Rico, a 13   de agosto de 2010

Examinada la Comunicación Solicitando Baja Voluntaria presentada por el Lcdo. Carlos M. Portalatín Vázquez, así como la comunicación de la Procuradora General, se  autoriza su baja voluntaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo